UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:98CR124-V |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JUAN SANTOS | ) | |

This matter is before the Court upon Motion of the Government requesting that the defendant's sentence be reduced pursuant to Fed. R. Crim. P. 35(b).

The Court finds, for the reasons stated in the Government's motion, that the defendant has provided substantial assistance to the Government through testimony against two law enforcement officers since the imposition of his sentence of 292 months imprisonment on May 26, 1999.

IT IS THEREFORE, ORDERED that the defendant's sentence be reduced to ~~two hundred~~ one hundred seventy-five (175) ~~and twenty (220)~~ months imprisonment and all other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

This the 24th day of ~~April~~ May, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE