# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JUAN SANTOS, Jr. ) | Case No: 5:98CR124-01 |
| ) | USM No: 21608-050 |
| Date of Previous Judgment: April 27, 1999 ) | Nils E. Gerber |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction in sentence based on the defendant's prior criminal conviction record, previous Rule 35 reduction and his significant and continued record of serious disciplinary violations while incarcerated.

**III. ADDITIONAL COMMENTS**
It is noted that the United States Immigration and Customs Enforcement (ICE) agency filed a detainer regarding the defendant with the United States Bureau of Prisons on October 30, 2006.

Except as provided above, all provisions of the judgment dated April 27, 1999 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 24, 2008

Effective Date: _____
(if different from order date)

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge